In the Matter of the Application of FRANCIS J. SWEENEY and PAUL SLATTERY, Respondents, against PAUL J. KERN, President, and Others, Members, Together Constituting the Municipal Civil Service Commission of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and dis-

bursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.